## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

Steven J. Roy

    v.                                  Civil No. 02-cv-555-JD

Phil Stanley, et al.

### O R D E R

    Defendant is ordered to provide plaintiff with copies of Exhibits 13, 14 and 15 to the Motion for Summary Judgment in a form he is permitted to have and can use in prison within five (5) days of this order or they will be struck from the record. Counsel's certification is due on or before July 22, 2005. Counsel is to show cause why Exhibit 2 and the _ex parte_ offender record should not be struck as an improper effort to influence the court since they are not even mentioned in the defendant's memorandum and thus have no relevance.

    Plaintiff's motion to seal (document no. 99) these exhibits is granted to the extent of the above rulings and otherwise is denied.

    **SO ORDERED.**

                                      _____
                                      James R. Muirhead
                                      United States Magistrate Judge

Date: July 15, 2005

cc:     Steven J. Roy, *pro se*
        Mary E. Maloney, Esq.